UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 07-22328-CIV-DIMITROULEAS/ROSENBAUM

SUZANNE JONES, LES and LAUREN ROSEN and
DEAN and LISA SACERDOTE,

   Plaintiffs,

vs.

JELD-WEN, INC.,

   Defendant.
_____/

JELD-WEN, INC., individually and as assignee
of the claims of Cardinal IG Company,

Third-Party Plaintiff,

vs.

NEBULA GLASS INTERNATIONAL, INC.,
d/b/a GLASSLAM and N.G.I., INC., and
REICHHOLD, INC.

Third-Party Defendants
_____/

## ORDER DENYING REICCHOLD'S MOTION TO STAY BRIEFING

THIS CAUSE is before the Court upon Third-Party Defendant Reichhold's Motion to Stay Briefing in Response to Plaintiff's Motion for Class Certification, filed herein on March 18, 2008. [DE-122]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

In the instant Motion, Reichhold seeks a stay of briefing in response to Plaintiff's Motion for Class Certification until after its Motion to Dismiss has been fully briefed and ruled upon.

The Plaintiffs' Motion for Class Certification was filed on March 3, 2008. [DE-112]. Responses are due on or before March 20, 2008. Reichhold filed a Motion to Dismiss Jeld-Wen's Third-Party Complaint [DE-90] on February 28, 2008. [DE-110]. Jeld-Wen filed a Response on March 17, 2008. [DE-120]. Thus, any replies may be submitted on or before March 27, 2008.

The Court does not find good cause to stay the briefing on the Motion for Class Certification. Accordingly, it is **ORDERED AND ADJUDGED** that Third-Party Defendant Reichhold's Motion to Stay Briefing in Response to Plaintiff's Motion for Class Certification [DE-122] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of March, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Joel S. Perwin, Esq.
Manuel L. Dobrinsky, Esq.
Randy Rosenblum, Esq.
Todd O. Malone, Esq.
George K. Lang, Esq.
Matthew Sheynes, Esq.
Louis R. Bourgeois, Esq.
Cindy Shatkin, Esq.
Gretchen R. Jensen, Esq.
Jeffrey L. Goodman, Esq.
Mark D. Folk, Esq.
Michele G. Johnson, Esq.
Richard N. Sieving, Esq.
Stephen G. Morrison, Esq.
Susan M. Glenn, Esq.
Benjamine Reid, Esq.