UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22328-CIV-DIMITROULEAS

SUSANNE JONES,

    Plaintiff,

vs.

NEBULA GLASS INTERNATIONAL, INC.,
d/b/a GLASSLAM and N.G.I., INC.,
JELD-WEN, INC., and CARDINAL
IG COMPANY

    Defendants.
_____/

## ORDER GRANTING MOTION FOR EXCLUSION FROM CLASS

THIS CAUSE is before the Court upon non-party Paul I. Rubenstein's Motion for Request for Exclusion from Class [DE-121], filed herein on March 18, 2008.  The Court has carefully considered the Motion, notes no Responses in Opposition have been filed and the time for filing has passed, that no class has been certified as of yet, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. Paul I. Rubenstein's Motion for Request for Exclusion from Class [DE-121] is hereby **GRANTED**;

2. Paul I. Rubenstein is to be excluded from any class or sub-class certified or approved by this Court in the above-captioned action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
William S. Rubenstein, Esq.
2525 North State Road 7
Suite 209
Hollywood, FL 33021

Joel S. Perwin, Esq.
Manuel L. Dobrinsky, Esq.
Randy Rosenblum, Esq.
Todd O. Malone, Esq.
George K. Lang, Esq.
Matthew Sheynes, Esq.
Louis R. Bourgeois, Esq.
Cindy Shatkin, Esq.
Gretchen R. Jensen, Esq.
Jeffrey L. Goodman, Esq.
Mark D. Folk, Esq.
Richard N. Sieving, Esq.
Stephen G. Morrison, Esq.
Susan M. Glenn, Esq.