UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22328-CIV-DIMITROULEAS

SUZANNE JONES,

    Plaintiff,

vs.

NEBULA GLASS INTERNATIONAL, INC.,
d/b/a GLASSLAM and N.G.I., INC.,
JELD-WEN, INC., and CARDINAL
IG COMPANY

    Defendants.
_____/

## ORDER GRANTING MOTION FOR EXCLUSION FROM CLASS

THIS CAUSE is before the Court upon non-parties Ted H. Fauber and Margaret A. Fauber's Motion for Request for Exclusion from Class [DE-131], filed herein on March 26, 2008.  The Court has carefully considered the Motion, notes no Responses in Opposition have been filed and the time for filing has passed, that no class has been certified as of yet, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. Ted H. Fauber and Margaret A. Fauber's Motion for Request for Exclusion from Class [DE-131] is hereby **GRANTED**;

2. Ted H. Fauber and Margaret A. Fauber are to be excluded from any class or sub-class certified or approved by this Court in the above-captioned action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Andrew T. Lavin, Esq.
Navon & Lavin, P.A.
2699 Stirling Road
Suite B-100
Fort Lauderdale, FL 33312

Joel S. Perwin, Esq.
Manuel L. Dobrinsky, Esq.
Randy Rosenblum, Esq.
Todd O. Malone, Esq.
George K. Lang, Esq.
Matthew Sheynes, Esq.
Louis R. Bourgeois, Esq.
Cindy Shatkin, Esq.
Gretchen R. Jensen, Esq.
Jeffrey L. Goodman, Esq.
Mark D. Folk, Esq.
Richard N. Sieving, Esq.
Stephen G. Morrison, Esq.
Susan M. Glenn, Esq.