UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.:  07-22328-CIV-DIMITROULEAS/ROSENBAUM

SUZANNE JONES, LES and LAUREN ROSEN and
DEAN and LISA SACERDOTE,

    Plaintiffs,

vs.

JELD-WEN, INC.,

    Defendant.
_____/

JELD-WEN, INC., individually and as assignee
of the claims of Cardinal IG Company,

Third-Party Plaintiff,

vs.

NEBULA GLASS INTERNATIONAL, INC.,
d/b/a GLASSLAM and N.G.I., INC., and
REICHHOLD, INC.

Third-Party Defendants
_____/

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF RICHARD J. BURKE

THIS CAUSE is before the Court upon Plaintiff's Motion for Admission *Pro Hac Vice* of Richard J. Burke, Esquire, filed herein on April 23, 2008.  [DE-154].  The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Admission *Pro Hac Vice* of Richard J. Burke, Esquire [DE-154] is hereby **GRANTED**.  The Court notes the filing

of a $75.00 check made payable to the Clerk, United States District Court, that Mr. Burke has certified that he has studied the Local Rules, and has designated T. Omar Malone as local counsel. Out of state counsel seeking to appear *pro hac vice* must pay the same filing fee as local attorneys who apply for admission to the bar of this Court. The fee will cover *pro hac vice* admission in this case only.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial. Failure to abide by any Court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial.

The Clerk shall provide notification of filings to Richard J. Burke at:

1010 Market Street
Suite 660
St. Louis, Missouri
63101
(314) 880-7000
Fax: (314) 880-7777
rich@richardjburke.com

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record