UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.:  07-22328-CIV-DIMITROULEAS/ROSENBAUM

SUZANNE JONES, LES and LAUREN ROSEN and
DEAN and LISA SACERDOTE,

    Plaintiffs,

vs.

JELD-WEN, INC.,

    Defendant.
_____/

JELD-WEN, INC., individually and as assignee
of the claims of Cardinal IG Company,

Third-Party Plaintiff,

vs.

NEBULA GLASS INTERNATIONAL, INC.,
d/b/a GLASSLAM and N.G.I., INC., and
REICHHOLD, INC.

Third-Party Defendants
_____/

## ORDER GRANTING MOTION FOR EXCLUSION FROM CLASS

THIS CAUSE is before the Court upon non-party Aldo L. Gottardo's Motion for Request for Exclusion from Class [DE-141], filed herein on April 3, 2008.  The Court has carefully considered the Motion, notes no Responses in Opposition have been filed and the time for filing has passed, that no class has been certified as of yet, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

    1.    Aldo L. Gottardo's Motion for Request for Exclusion from Class [DE-141] is

hereby **GRANTED**;

2. Aldo L. Gottardo is to be excluded from any class or sub-class certified or approved by this Court in the above-captioned action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of April, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Grant W. Kehres, Esq.
Grant W. Kehres, P.A.
2000 Glades Road
Suite 302
Boca Raton, FL 33431

Counsel of Record