UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22328-CIV-DIMITROULEAS/ROSENBAUM

SUZANNE JONES, LES and LAUREN ROSEN and
DEAN and LISA SACERDOTE,

    Plaintiffs,

vs.

JELD-WEN, INC.,

    Defendant.
_____/
JELD-WEN, INC., individually and as assignee
of the claims of Cardinal IG Company,

Third-Party Plaintiff,

vs.

NEBULA GLASS INTERNATIONAL, INC.,
d/b/a GLASSLAM and N.G.I., INC., and
REICHHOLD, INC.

Third-Party Defendants
_____/

## OMNIBUS ORDER

THIS CAUSE is before the Court upon this Court's Order of June 12, 2008 Denying Plaintiffs' Motion for Class Certification. [DE-179]. Thus far, sixteen motions to be excluded from a potential class have been filed in this action, some of which have already been granted. The denial of class certification renders the remaining motions to opt-out moot. Furthermore, on May 23, 2008, Jeld-Wen appealed [DE-171] Magistrate Rosenbaum's May 9, 2008 Order [DE-164] regarding the Plaintiffs' Motion for Court Supervision of Communications between Jeld-Wen and the putative class. Specifically, Plaintiffs were worried that Jeld-Wen would be

contacting potential class members to encourage them not to participate in the class action. Jeld-Wen appealed the Magistrate's Order, which instituted a protocol for Jeld-Wen's communications. On May 28, 2008, Magistrate Rosenbaum also granted Jeld-Wen's Motion for Clarification [DE-169], in which she indicated that the procedures would apply throughout the litigation, "unless they are superseded by further order of the Court or are rendered moot by an order declining to certify the class." [DE-175 at p. 3].

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) Jeld-Wen's Appeal of the Magistrate's Decision [DE-171] is **DENIED AS MOOT**.

2) Plaintiffs' Motion to Strike the Appeal [DE-173] is **DENIED AS MOOT**.

3) The Gonzalez Third-Party Motion to be Excluded from Class [DE-162] is **DENIED AS MOOT**.

4) The Bianchi Motion to Opt-Out for Exclusion from Class [DE-167] **DENIED AS MOOT**.

5) The Cavallaro Motion for Exclusion from Class [DE-172] is **DENIED AS MOOT**.

6) The Hutchings Motion to be Excluded from Class Action Lawsuit [DE-174] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida this 13th day of June, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Rosenbaum
Joel S. Perwin, Esq.
Manuel L. Dobrinsky, Esq.
Randy Rosenblum, Esq.
Todd O. Malone, Esq.
George K. Lang, Esq.
Matthew Sheynes, Esq.
Richard J. Burke, Esq.
Louis R. Bourgeois, Esq.
Cindy Shatkin, Esq.
Gretchen R. Jensen, Esq.
Jeffrey L. Goodman, Esq.
Mark D. Folk, Esq.
Michele G. Johnson, Esq.
Richard N. Sieving, Esq.
Stephen G. Morrison, Esq.
Susan M. Glenn, Esq.
Benjamine Reid, Esq.
Christina M. Schwing, Esq.
Robert T. Smith, Esq.
Amy L. Hurwitz, Esq.
Sanford L. Bohrer, Esq.
Scott D. Ponce, Esq.
Louis L. Williams, Esq.
Bard D. Rockenbach, Esq.


David W. Bianchi, Esq.
Stewart Tilghman Fox & Bianchi, P.A.
One Southeast Third Avenue, Suite 3000
Miami, Florida 33131


Counsel for Carlos and Beatrice Gonzalez
Javier L. Gonzalez, Esq.
Gonzalez & Rodriguez, PL
999 Ponce de Leon Blvd., PH 1135
Coral Gables, FL 33134

<u>Counsel for Brenda and Charles Cavallaro</u>
Scott Konopka, Esq.
Page, Mrachek, Fitzgerald & Rose, P.A.
1000 S.E. Monterey Commons Blvd.
Suite 306
Stuart, FL 34996

<u>Counsel for James and Barbara Hutchings</u>
Jeremy T. Springhart, Esq.
Broad & Cassel
390 N. Orange Avenue, Suite 1400
Orlando, FL 32801