UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 07-22328-CIV-DIMITROULEAS/ROSENBAUM

SUZANNE JONES, LES and LAUREN ROSEN and
DEAN and LISA SACERDOTE,

    Plaintiffs,

vs.

JELD-WEN, INC.,

    Defendant.
_____/

JELD-WEN, INC., individually and as assignee
of the claims of Cardinal IG Company,

Third-Party Plaintiff,

vs.

NEBULA GLASS INTERNATIONAL, INC.,
d/b/a GLASSLAM and N.G.I., INC., and
REICHHOLD, INC.

Third-Party Defendants
_____/

## ORDER DISMISSING CLAIMS OF PLAINTIFFS LES AND LAUREN ROSEN

THIS CAUSE is before the Court upon Plaintiffs Les and Lauren Rosen's Stipulation of Dismissal of Claims as to Defendant Jeld-Wen, filed herein on June 26, 2008. [DE-184]. The Court has carefully considered the Motion, notes the signatures of counsel for all parties and of the Rosen Plaintiffs, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) Plaintiffs Les and Lauren Rosen's Stipulation of Dismissal of Claims [DE-184] is

hereby **GRANTED**.

2) Plaintiffs Les and Lauren Rosen's claims against Defendant Jeld-Wen are hereby

**DISMISSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

26th day of June, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record