UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 07-22328-CIV-DIMITROULEAS/ROSENBAUM

SUZANNE JONES, LES and LAUREN ROSEN and
DEAN and LISA SACERDOTE,

    Plaintiffs,

vs.

JELD-WEN, INC.,

    Defendant.
_____/

JELD-WEN, INC., individually and as assignee
of the claims of Cardinal IG Company,

Third-Party Plaintiff,

vs.

NEBULA GLASS INTERNATIONAL, INC.,
d/b/a GLASSLAM and N.G.I., INC.,

Third-Party Defendant
_____/

## ORDER DISMISSING THIRD-PARTY COMPLAINT AGAINST GLASSLAM

THIS CAUSE is before the Court upon Defendant/Third-Party Plaintiff Jeld-Wen's Notice of Voluntary Dismissal of its Third-Party Complaint against Glasslam, filed herein on August 4, 2008. [DE-195]. The Court has carefully considered the Notice and is otherwise fully advised in the premises. The Court notes that the Third-Party Defendant has yet to file a responsive pleading. Fed. R. Civ. P. 41(c).

Accordingly, it is **ORDERED AND ADJUDGED** that the Third-Party Complaint

against Third-Party Defendant Glasslam is hereby **DISMISSED**.  Third-Party Defendant Glasslam is **DISMISSED** from this action.

  **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 5th day of August, 2008.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record