UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 07-22328-CIV-DIMITROULEAS/ROSENBAUM

SUZANNE JONES,
DEAN and LISA SACERDOTE,

    Plaintiffs,

vs.

JELD-WEN, INC.,

    Defendant.
_____/

## ORDER GRANTING SUBSTITUTION OF COUNSEL

THIS CAUSE is before the Court upon the Stipulation for Substitution of Defendant's Counsel, filed herein on August 5, 2008. [DE-197]. The Court has carefully considered the Stipulation and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation for Substitution of Defendant's Counsel [DE-197] is hereby **GRANTED**.

2. Attorneys Sanford Bohrer, R. Troy Smith, Christina M. Schwing and the law firm of Holland and Knight, LLP are hereby substituted as counsel of record for Defendant Jeld-Wen, in place of current counsel Fowler White Boggs Banker P.A.

3. The law firm of Fowler White Boggs Banker P.A. is hereby relieved of any further responsibility of representing Defendant Jeld-Wen in this matter. The clerk is directed to remove Fowler White Boggs Banker P.A. as attorneys of record for Defendant and to substitute in its place Holland & Knight LLP as attorneys of record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of August, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record